IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 98-cv-01790-ZLW

CHAD WILLIAM NUTT,

    Plaintiff,

v.

DONICE NEIL,

    Defendant.

---

ORDER TO DISPOSE OF ECF NO. 16

---

    The Order of Dismissal and Judgment in this action were entered on March 16, 1999 (ECF No. 26). Over twelve years later, on August 15, 2011, the Court ordered Plaintiff, Chad William Nutt, to show cause within fifteen days why the thirteen-inch color television he submitted as an exhibit on November 23, 1998 (ECF No. 16), should not be destroyed. The August 15 order warned Mr. Nutt that, if he failed to respond within the time allowed, the exhibit would be destroyed without further notice.

    The copy of the August 15 order mailed to Mr. Nutt at the Colorado State Penitentiary, Plaintiff's last known address, was returned to the Court as undeliverable on August 22, 2011. Mr. Nutt has failed to provide an updated address in compliance with Rule 10.1M. of the Local Rules of Practice of this Court, and a search on the website of the Colorado Department of Corrections, www.doc.state.co.us, reveals he no longer is in state custody. Because Mr. Nutt has failed to respond within the time allowed to the August 15 order or otherwise to communicate with the Court in any way,

the clerk of the Court will be directed to dispose of ECF No. 16.

Accordingly, it is

ORDERED that the clerk of the Court is directed to dispose of the thirteen-inch color television that Plaintiff, Chad William Nutt, submitted as an exhibit on November 23, 1998 (ECF No. 16), because Plaintiff has failed to show cause as directed in the order of August 15, 2011, or otherwise communicate with the Court in any way within the time allowed. It is

FURTHER ORDERED that the clerk of the Court is directed to mail this order to Mr. Nutt at his last known address.

DATED at Denver, Colorado, this  14th  day of    November    , 2012.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court